■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD M. STOKES, Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Edelstein, J.), rendered September 20, 1985, convicting him of manslaughter in the second degree and unlawful imprisonment in the first degree (five counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the defendant's contention and find that it is without merit. Thompson, J. P., Lawrence, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN STRONG, Also Known as STEPHEN STRONG, Appellant. —Appeal by the defendant from two judgments of the County Court, Nassau County (Battisti, J.), both rendered January 11, 1985, convicting him of burglary in the third degree (two counts; one as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.